IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KRISTEN H.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:23-cv-199

District Judge Michael J. Newman
Magistrate Judge Chelsey M. Vascura

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 10); (2) OVERRULING PLAINTIFF'S OBJECTIONS (Doc. No. 11); (3) AFFIRMING THE ALJ'S NON-DISABILITY FINDING; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This Social Security appeal is before the Court on the Report and Recommendation of United States Magistrate Judge Chelsey M. Vascura (Doc. No. 10), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Vascura recommends that the Administrative Law Judge's ("ALJ's") non-disability finding be affirmed. Plaintiff objects to the Report and Recommendation (Doc. No. 11), and the Commissioner has responded (Doc. No. 12).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter, including Plaintiff's objections and the Commissioner's response. The Court determines that the Report and Recommendation sets forth the applicable law and is well reasoned. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED**; (2) Plaintiff's objections are **OVERRULED**; (3) the ALJ's non-disability finding is **AFFIRMED**; and (4) this

case is **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

September 23, 2024                                       s/*Michael J. Newman*
                                                                                        Hon. Michael J. Newman
                                                                                        United States District Judge